UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 19-cr-10081-IT |
| | ) | |
| v. | ) | |
| | ) | |
| GORDON ERNST, *et al.*, | ) | |
| | ) | |
| Defendants | ) | |

**DEFENDANT IGOR DVORSKIY'S MOTION TO CONTINUE**

Defendant Igor Dvorskiy respectfully requests that the Court continue the date for Mr. Dvorskiy's Change of Plea from October 16, 2019 at 10:00 a.m. to November 13, 2019, at 10:00 a.m. As grounds for this Motion, Mr. Dvorskiy states that his counsel, Melissa Weinberger, has pre-planned travel out of Los Angeles scheduled for October 17 and needs to be in Los Angeles to handle various matters prior to her departure.

Counsel for the government has informed defense counsel that the government is not opposed to this Motion.

WHEREFORE, defendant respectfully requests that the Court continue defendant's change of plea to a date and time convenient to the Court and the parties.

/ / /

/ / /

Respectfully submitted,

IGOR DVORSKIY,
By his attorney,


*/s/ Melissa A. Weinberger*
Melissa A. Weinberger
Touchton & Weinberger LLP
800 Wilshire Blvd., Suite 1050
Los Angeles, CA 90017
Phone: (213) 867-6350
Fax: (213) 673-1386
Email: melissa@twcounsel.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 9th Day of October, 2019.

                                          */s/ Melissa A. Weinberger*
                                          Melissa A. Weinberger